JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN-WILLIS TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>EXODUS RECOVERY, INC., MARENGO CAMPUS; PATRICK HOOKS; ELISSA SABINE MCCORMICK; UNKNOWN EXODUS CO-CONSPIRATORS; and UNKNOWN SEXUAL HARASSERS,<br><br>Defendants. | Case No. 2:26-cv-02516-SPG-DTB<br><br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [ECF NO. 5]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of the United States Magistrate Judge.  (ECF No. 5).  Further, the parties are not entitled to file written objections to the Magistrate Judge's recommendation regarding the IFP Request.  *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998).  The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

(1)    The Report and Recommendation of United States Magistrate Judge is

accepted; and

(2)    This matter is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

DATED: March 27, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2